IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANTONIO HOOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-36-D |
| | ) | |
| ABDEL AHMED, M.D. et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Mitchell recommends that Plaintiff's Amended Complaint [Doc. No. 13] be dismissed upon screening.

Plaintiff filed an Objection[1] to the Report re-urging some of his claims, but presents no persuasive argument or authority that would cause this Court to reject Judge Mitchell's conclusions.[2] In fact, having reviewed the Report and Recommendation and the entirety of the case record, the Court fully concurs with Judge Mitchell's recommendation.

Therefore, having conducted a de novo review, the Court ADOPTS the Report and Recommendation [Doc. No. 13] in its entirety and, for the reasons stated therein, this action is DISMISSED WITHOUT PREJUDICE to refiling. A separate judgment shall be entered.

---

[1] The Objection also appears to be untimely.
[2] Plaintiff additionally submitted an untitled document [Doc. No. 14] requesting that the U.S. Marshal's Office serve a summons on each defendant and that he be sent any necessary forms for doing so. The document does not include any argument that could be construed as an objection to Judge Mitchell's conclusions.

**IT IS SO ORDERED** this 7th day of April, 2023.

                                            *[signature]*
                                         _____
                                         TIMOTHY D. DeGIUSTI
                                         Chief United States District Judge